No. 1195, Misc.   McINTOSH *v.* NORTH CAROLINA.   Supreme   Court   of   North   Carolina.   Certiorari   denied.

No. 1229, Misc.   TANNER *v.* PATE, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 1211, Misc.   WIGGINS *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.   Petitioner *pro se.   Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 1223, Misc.   CORBETT, ALIAS OSBORNE, *v.* COLORADO. Supreme Court of Colorado.   Certiorari denied.   *William H. Erickson* for petitioner.   *Duke W. Dunbar,* Attorney General of Colorado, and *John E. Bush* and *Richard L. Eason,* Assistant Attorneys General, for respondent.

No. 1244, Misc.   WILLIAMS *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 21, Misc.   POLAND *v.* CALIFORNIA.   Appellate Department, Superior Court of California, County of San Joaquin.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *Lawrence Speiser* for petitioner.   *Stanley Mosk,* Attorney General of California, and *Doris H. Maier,* Assistant Attorney General, for respondent.   *Solicitor General Cox* filed memoranda for the United States.

No. 1248, Misc.   CASE *v.* NEW YORK.   C. A. 2d Cir. Certiorari denied.

No. 1259, Misc.   ALLISON *v.* HOLMAN, WARDEN.   C. A. 5th Cir.   Certiorari denied.